# United States Court of Appeals
## For the First Circuit

No. 20-1302

DARWIN ALIESKY CUESTA-ROJAS,

Petitioner,

v.

MERRICK B. GARLAND,
UNITED STATES ATTORNEY GENERAL,

Respondent.

PETITION FOR REVIEW OF AN ORDER OF
THE BOARD OF IMMIGRATION APPEALS

**ERRATA SHEET**

The opinion of this Court issued on March 15, 2021, is amended as follows:

On page 29, line 8, replace "it" with "they".